IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

KEVIN J. BLACKMAN,

      Petitioner,               No. CIV S-03-1824 LKK KJM P

   vs.

GAIL LEWIS,

      Respondent.          <u>ORDER</u>

                               /

        On March 30, 2006, the district court adopted findings and recommendations granting respondent's motion to dismiss the first claim of the amended petition, but concluding that the petition should proceed on claims two and three of that petition. Respondent has not yet filed an answer to those claims.

        In accordance with the above, IT IS HEREBY ORDERED that:

        1. Respondents are directed to file an answer to claims two and three of petitioner's amended habeas petition within sixty days from the date of this order. <u>See</u> Rule 4, Fed. R. Governing § 2254 Cases. An answer shall be accompanied by all transcripts and other documents relevant to the issues presented in the petition. <u>See</u> Rule 5, Fed. R. Governing § 2254 Cases; and

/////

1

2. Petitioner's reply, if any, shall be filed and served within thirty days after service of the answer.

DATED: April 5, 2007.

_____
U.S. MAGISTRATE JUDGE

2
blac1824.100